UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANCIS JOHN LaBLANC, | ) | No. CV 07-04361-TJH (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| SAN BERNARDINO COUNTY BOARD OF SUPERVISORS, et al., | ) ) | COMPLAINT |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, (2) granting Defendants' Motion for Summary Judgment; and (3) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice.

DATED: <u>January 5, 2011</u>

_____
TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE