JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FRANCIS JOHN LaBLANC, | No. CV 07-04361-TJH (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| SAN BERNARDINO COUNTY BOARD OF SUPERVISORS, et al., | |
| Defendants. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice.

DATED: January 5, 2011

_____
TERRY J. HATTER, JR.
SENIOR UNITED STATES DISTRICT JUDGE